# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Gary Feinerman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 2995 | **DATE** | 3/8/2012 |
| **CASE TITLE** | Renta vs. County of Cook, et al. | | |

**DOCKET ENTRY TEXT**

Judgment is entered in favor of Plaintiff Vivian Renta, M.D., and against Defendants County of Cook and Russell Tomar, M.D., jointly and severally, as equitable damages in the amount of $3,632,830.00, allocated as follows: Back Pay $1,186,945.00; Front Pay $1,230,342.00; Lost Pension Benefits $1,052,569.00; and Prejudgment Interest $162,974.00. Judgment is entered in favor of Plaintiff Vivian Renta, M.D. and against Defendant Russell Tomar, M.D., on the jury's award of punitive damages in the amount of $400,000.00. Enter judgment order. Civil case closed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JD |
|---|---|---|