AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
Eastern Division

Renta                                             **JUDGMENT IN A CIVIL CASE**

               v.                                                   Case Number: 05 C 2995

County of Cook, et al.

■      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Vivian Renta, M.D., and against Defendants County of Cook and Russell Tomar, M.D., jointly and severally, as equitable damages in the amount of $3,632,830.00. Judgment is entered in favor of Plaintiff Vivian Renta, M.D. and against Defendant Russell Tomar, M.D., in the amount of $400,000.00.

Thomas G. Bruton, Clerk of Court

Date: 3/8/2012                                    _____
                                                         /s/ Jackie Deanes, Deputy Clerk