# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| VIVIAN J. RENTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05 C 2995 |
| v. | ) | |
| | ) | |
| COUNTY OF COOK, and RUSSELL TOMAR, M.D., individually | ) | Judge Gary Feinerman |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

Now Come Defendants, County of Cook and Dr. Russell Tomar, by and through their attorney, Anita Alvarez, State's Attorney of Cook County, and her Assistant State's Attorney, Nicholas Scouffas, and Dr. Vivian Renta, through her attorney, Robert D. Sweeney, and move this Honorable Court as follows:

1. The Parties stipulate to the dismissal of the PLAINTIFF'S claims against all DEFENDANTS with prejudice and without costs because the matter has been settled to the mutual satisfaction of the Parties.

2. The parties pray that the Court will enter an order of dismissal terminating the case against all DEFENDANTS in its entirety.

WHEREFORE, Plaintiff and Defendant pray that this Honorable Court enter an order of

dismissal terminating the case against DEFENDANTS, in its entirety, with prejudice and without costs.

                                        Respectfully submitted,

                                        ANITA ALVAREZ
                                        State's Attorney of Cook County

BY:    s/ Nicholas S. Scouffas
           Nicholas S. Scouffas
           Assistant State's Attorneys
           500 Richard J. Daley Center
           Chicago, Illinois 60602
           (312) 603-6672

AND

           s/ Robert D. Sweeney
           Robert D. Sweeney
           RDS LAW
           111 W. Washington St, Ste. 1160
           Chicago, IL 60602
           312-384-1255